GERALD M. WELT, SBN 1575
Attorney at Law
CYRUS SAFA, SBN 13241
Attorney at Law
    12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, California 90670
    Phone:  562-868-5886
    Fax:  562-868-5491
    cyrus.safa@rohlfinglaw.com

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATT G. PRINES, | Case No:  2:16-cv-01457-JCM-PAL |
| Plaintiff | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT FOR REVIEW OF FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Matt G. Prines (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time for the Commissioner to answer Plaintiff's Complaint For Review Of Final Decision Of The Commissioner by thirty days from October 17, 2016 to November 16, 2016, with all other dates extended accordingly.  This is the Commissioner's first request for an extension.

-1-

There is good cause because the Certified Administrative Record (CAR) has not been produced. The component of the Social Security Administration responsible for production of the CAR, the Office of Disability Adjudication and Review (ODAR) continues to work through a substantial caseload, and has not yet provided the CAR in the above-captioned case. Counsel for the Commissioner has contacted ODAR and is working to produce the CAR. Plaintiff has no objection.

Respectfully submitted,

Date:   October 17, 2016         GERALD M. WELT
                                 Attorney at Law

                          By:    */s/\* Cyrus Safa*
                                 CYRUS SAFA
                                 *by email authorization on 10/17/16

                                 Attorneys for Plaintiff

Date:   October 17, 2016         DANIEL G. BOGDEN
                                 United States Attorney
                                 BLAINE T. WELSH
                                 Chief, Civil Division

                          By:    */s/ April A. Alongi*
                                 APRIL A. ALONGI
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant


IT IS SO ORDERED.

DATE:  October 24, 2016          _____
                                 THE HONORABLE PEGGY A. LEEN
                                 United States Magistrate Judge

-2-

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused the Joint Stipulation For Extension Of Time To Answer Plaintiff's Complaint For Review Of Final Decision Of The Commissioner Of Social Security to be served, via CM/ECF notice, on:

    CYRUS SAFA
    Attorney at Law
        cyrus.safa@rohlfinglaw.

                Respectfully submitted,

Date:   October 17, 2016      DANIEL G. BOGDEN
                                    United States Attorney
                                    BLAINE T. WELSH
                                    Chief, Civil Division

                        By:    */s/ April A. Alongi*
                                    APRIL A. ALONGI
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant