Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
MATT G. PRINES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATT G. PRINES | Case No.: 2:16-cv-01457-JCM-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (THIRD REQUEST) |
| Defendant. | |

Plaintiff Matt G. Prines and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from April 10, 2017 to April 17, 2017 for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand; and that Defendant shall have until May 17, 2017, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due June 6, 2017. This is Plaintiff's third request.

///

Counsel has recently reassigned this case internally in order to avoid further delay in this matter. An extension of time is needed as the spouse of the associate in Counsel's firm who this matter was previous assigned recently passed away. Due to the sensitive nature of the situation, Counsel has previously refrained from reassigning the matter.

The matter has now been reassigned and Counsel assures the Court that the Motion will be filed on or before April 17, 2017. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: April 10, 2017            Respectfully submitted,

                                      LAWRENCE D. ROHLFING

                                      /s/ *Cyrus Safa*

BY: _____
     Cyrus Safa
     Attorney for plaintiff Mr. Matt G. Prines, Jr.

DATE: April 10, 2017            Daniel G. Bogden
                                        United States Attorney

                                      /s/ *April A. Alongi*

BY: _____
     April A. Alongi
     Special Assistant United States Attorney
     Attorneys for defendant Nancy A. Berryhill
     |*authorized by e-mail|

DATED:   April 14, 2017

IT IS SO ORDERED: _____

                              UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:16-CV-01457-JCM-PAL

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 10, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff