1  GERALD M. WELT, SBN 1575
   Attorney at Law
2  CYRUS SAFA, SBN 13241
   Attorney at Law
3        12631 East Imperial Highway, Suite C-115
         Santa Fe Springs, California 90670
4        Phone:  562-868-5886
         Fax:  562-868-5491
5        rohlfing.office@rohlfinglaw.com

6  Attorneys for Plaintiff

7  STEVEN W. MYHRE, NSBN 9635
8  Acting United States Attorney
   BLAINE T. WELSH
9  Chief, Civil Division
   APRIL A. ALONGI, VSBN 76459
10 Special Assistant United States Attorney
         160 Spear Street, Suite 800
11       San Francisco, California 94105
         Phone:  415-977-8954
12       Fax:  415-744-0134
         april.alongi@ssa.gov
13
14 Attorneys for Defendant

15                    **UNITED STATES DISTRICT COURT**

16                          **DISTRICT OF NEVADA**

17 MATT G. PRINES,                        )  Case No:  2:16-cv-01457-JCM-PAL
                                          )
18             Plaintiff                  )
                                          )  **JOINT STIPULATION FOR EXTENSION**
19      v.                                )  **OF TIME TO FILE DEFENDANT'S**
                                          )  **CROSS-MOTION TO AFFIRM**
20 NANCY A. BERRYHILL, Acting             )
   Commissioner of Social Security,[1]    )  **(First Request)**
21                                        )
               Defendant.                 )
22 _____    )

23

24 _____

   [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d)
25 of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W.
   Colvin as the defendant in this suit.  No further action needs to be taken to continue this case by
26 reason of the last sentence of section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

                                         -1-

1     Plaintiff Matt G. Prines (Plaintiff) and Defendant Nancy A. Berryhill, Acting

2   Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court,

3   to an extension of time for the Commissioner to file her Cross-Motion To Affirm by thirty days

4   from May 17, 2017 to June 16, 2017, with all other dates in this Court's Scheduling Order extended

5   accordingly.  This is the Commissioner's first request for an extension.

6     ///

7     ///

8     ///

9     ///

10     ///

11     ///

12     ///

13     ///

14     ///

15     ///

16     ///

17     ///

18     ///

19     There is good cause because, since Plaintiff filed his Motion For Reversal And/Or Remand

20   (Plaintiff's Motion), counsel has been handling a large number of District Court cases in addition

21   to this one, with two briefs due this week and a dispositive motion in an employment law case due

22   today.  Additionally, the Commissioner's counsel was out of the office on approved leave for

23   nearly two weeks this month.  Further, counsel has had numerous other deadlines in the past month,

24   including other District Court briefs, a settlement memorandum, and other motions in an

25   administrative matter.  As a result, the Commissioner needs additional time to properly respond to

26

the issues Plaintiff raised in his Motion.  Plaintiff has no objection.

Respectfully submitted,

Date:   May 22, 2017

GERALD M. WELT
Attorney at Law

By:   */s/\* Cyrus Safa*
CYRUS SAFA
Attorney at Law
\*by email authorization on 5/22/17

Attorneys for Plaintiff

Date:   May 22, 2017

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE:   May 23, 2017

THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (First Request) to be served, via CM/ECF notice, on:


CYRUS SAFA
Attorney at Law
        rohlfing.office@rohlfinglaw.com


Date:   May 22, 2017                          STEVEN W. MYHRE
                                              Acting United States Attorney
                                              BLAINE T. WELSH
                                              Chief, Civil Division

                                  By:    */s/ April A. Alongi*
                                              APRIL A. ALONGI
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant

-4-